IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| J.D. MAY and DALE STEPNIEWSKI, )<br>  )<br>   Plaintiffs, )<br>  )<br>v. )<br>  )<br>TICKETMASTER ENTERTAINMENT, LLC, )<br>f/d/b/a, and successor by merger to, )<br>TICKETMASTER and TICKETMASTER )<br>ENTERTAINMENT, INC.; )<br>TICKETMASTER, LLC; and IAC PARTNER )<br>MARKETING, INC., )<br>  )<br>   Defendant. ) | Case No. 3:10-cv-00760<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss or, in the Alternative, to Transfer filed by defendant IAC Partner Marketing, Inc. (Docket No. 8) is **GRANTED**. The plaintiffs' claims against defendant IAC Partner Marketing, Inc. in the Complaint and in the First Amended Complaint to be filed are hereby **DISMISSED** without prejudice to the plaintiffs' right to pursue the claims in Delaware state court. The Motion for Leave to File Amended Complaint filed by the plaintiffs (Docket No. 14) is **GRANTED**.

It is so Ordered.

Entered this 13th day of October 2010.

_____
ALETA A. TRAUGER
United States District Judge